United States District Court
Southern District of Texas
**ENTERED**
August 15, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **RELATOR LLC**, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-04203 |
| § | |
| **BOB GUSELLA**, *et al.*, § | |
| § | |
| Defendants. § | |
| § | |

## FINAL JUDGMENT

Plaintiffs Relator LLC and the United States of America brought this suit against Defendants Bob Gusella; Thomas Yarbrough; Houston Oaks Venture LP; Houston Oaks Investments, LLC; Does 1-10; March Alvis; Steven Alvis; John Havens; Terri Havens; Kim Watson; Chuck Watson; and Houston Oaks Country Club and Retreat on October 29, 2024. ECF No. 1. Defendants filed a Motion for Summary Judgment on May 29, 2025. ECF No. 35. The Court held a hearing on the Motion on August 15, 2025 and granted the Motion.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons stated at the August 15, 2025 hearing, final judgment is hereby **ENTERED** for Defendants.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 15th day of August, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE